===============================================================================

# \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

<u>    NORTHERN    </u>  **DISTRICT OF** <u>    NEW YORK    </u>

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 9:14-cv-724 (GLS/DEP)**

**WILLIAM BAILEY**

v.

**COMMISSIONER STANFORD; et al.**

|  |  |
|---|---|
| <u>         </u> | **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| <u>    X    </u> | **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED, that the Clerk revise the docket to correct the spelling of defendant Hallerdin's name. That plaintiff's IFP Application (Dkt. No. 7) is GRANTED. That the Clerk provide the Superintendent of the facility, designated by plaintiff as his current location, with a copy of plaintiff's authorization form (Dkt. No. 1 at 3), and notify the official that this action has been filed and that plaintiff is required to pay to the Northern District of New York the entire statutory filing fee of $350.00 pursuant to 28 U.S.C. § 1915. That the Clerk provide a copy of plaintiff's authorization form to the Financial Deputy of the Clerk's Office. That this action is DISMISSED pursuant to 28 U.S.C. § 1915(e) and 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted. That plaintiff's motion for appointment of counsel (Dkt. No. 3) is DENIED, in accordance with the Decision and Order issued by Chief Judge Gary L. Sharpe on July 15, 2014.**

<u>    July 15, 2014    </u>     <u>    **LAWRENCE K. BAERMAN**    </u>
                                        CLERK OF THE COURT


                                    BY:   S/ <u>                              </u>
                                              DEPUTY CLERK
                                                 John Law